### 14982. ATLANTIC COAST LINE RAILROAD Co. *et al. v.* BAKER.

PER CURIAM. 1. There were several specific allegations of negligence set forth in the petition, but upon the trial the evidence did not support *all* of them. The court by its charge *virtually and in effect submitted to the jury all the allegations of negligence contained in the petition.* This error, under the particular facts of the case, was extremely prejudicial to the defendant, and requires another hearing of the case.

2. The other alleged errors of which complaint is made in the amendment to the motion for a new trial are not such as are likely to recur on another trial of the case.

*Judgment reversed. Broyles, C. J., and Luke and Bloodworth, JJ., concur.*

DECIDED JULY 16, 1924. REHEARING DENIED AUGUST 8, 1924.

Damages; from Fulton superior court—Judge E. D. Thomas. August 6, 1923.

Application for certiorari was denied by the Supreme Court.

*McDaniel & Neely,* for plaintiff in error.

*Thomas J. Lewis, Paul Etheridge,* contra.